**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Gregorio NUNEZ–MARTINEZ,
Defendant-Appellant.**

**No. 71–1205.**

United States Court of Appeals,
Ninth Circuit.

June 1, 1971.

———◆———

Frederick W. Reinhart, of Lopez & Reinhart, Salinas, Cal., for appellant.

Harry D. Steward, U. S. Atty., Robert H. Filsinger, Chief, Criminal Division; Shelby R. Gott, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before DUNIWAY, CARTER and HUFSTEDLER, Circuit Judges.

PER CURIAM:

Appellant and another rode in a car from Mexico into the United States, at high speed, crossing the border at a point where there was no port of entry. They were seen by a border patrol, chased and ultimately caught several miles inside the border. A search revealed marijuana and amphetamine and seconal capsules in large quantities. On appeal, appellant attacks the search as not based on probable cause. This was a border search, and probable cause was not necessary. Witt v. United States, 9 Cir., 1961, 287 F.2d 389, 391.

Affirmed.

The mandate shall issue forthwith.